**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| R.H. COCHRAN & ASSOCIATES | ) | CASE NO. 1:07CV772 |
| Plaintiff(s), | ) | |
| v. | ) | |
| SHEET METAL WORKERS'<br>INTERNATIONAL ASSOCIATION<br>LOCAL UNION NO. 33, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 13, 2008